# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KENNETH F. LESLEY (#472270)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 13-490-JWD-SCR

## OPINION

The Court has reviewed the record in this case and the Magistrate Judge's Report (Doc. 26). The Court accepts and adopts the following recommendations of the Magistrate Judge and finds them fully supported by the record and the applicable law.

**IT IS ORDERED** that:

(1) the defendants' Motion for Summary Judgment is granted in part, dismissing any claims made on behalf of other prisoners and denying the remainder of the defendants' motion;

(2) the Plaintiff's Motion for Summary Judgment is denied;

(3) this action is referred back to the magistrate judge for further proceedings on the plaintiff's Eighth Amendment deliberate medical indifference claim.

However, as to the Magistrate Judge's recommendation that the Court decline jurisdiction of Plaintiff's state law claim, the Court chooses instead to retain jurisdiction of Plaintiff's state law claims and refers the case back to the Magistrate Judge for further handling of the case consistent with this ruling.

Signed in Baton Rouge, Louisiana, on March 24, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA